■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS F. PLUNKETT, Appellant. — Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered September 19, 1983, upon a verdict convicting defendant of the crimes of grand larceny in the second degree and criminal possession of stolen property in the second degree.

Judgment affirmed (*see, People v Muzzy,* 104 AD2d 708, *lv denied* 64 NY2d 784). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS J. BUSH, Appellant. — Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered September 20, 1983, upon a verdict convicting defendant of the crimes of grand larceny in the second degree and criminal possession of stolen property in the second degree.

Judgment affirmed (*see, People v Muzzy,* 104 AD2d 708, *lv denied* 64 NY2d 784). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE F. GOSS, Appellant. — Appeal from a judgment of the County Court of Montgomery County (White, J.), rendered January 18, 1984, convicting defendant, upon his plea of guilty, of the crime of burglary in the second degree.

Judgment affirmed (*see, People v Chevalier,* 92 AD2d 944). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.